Louis Bourjaily and Ruth Bourjaily, Copartners, Trading as Bourjaily and Associates, Appellees, v. A. R. Masek, Appellant.

Gen. No. 45,857.

109

Robert B. Cook for appellant; Sidney J. Wolf, of counsel; Myer H. Gladstone, George W. Callaghan, and Robert W. Heinze, for appellees. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed June 30, 1953; released for publication July 23, 1953.